JOSEPH M. MARRONE, Appellant, v. GEORGE J. FRICK, Respondent.— Stay pending appeal granted upon condition that appeal be ready for argument on September thirtieth.    Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

HUGH J. STEPHENS, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by October twentieth and be ready for argument at the opening of the November term. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

MILDRED M. HORNING, Respondent, v. AMOS F. CROUNSE, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by October twentieth and shall be ready for argument at the opening of the November term.    Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

EDITH MAY McCLUSKEY, Respondent, v. AMOS F. CROUNSE, Appellant.— Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs by October twentieth and be ready for argument at the opening of the November term.    Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

## FIRST DEPARTMENT, OCTOBER, 1924.

JOSEPH B. HARRIS, Appellant, v. ROBERT R. HELLYER, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SILVER BEACH REALTY CORPORATION, Respondent, v. JAMES GEELAN, Defendant.    THE CITY OF NEW YORK and Another, Defendants, Appellants.— Preference granted for October 14, 1924.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK, etc. (West 205th Street.) NORTHERN TERMINAL CORPORATION OF NEW YORK, Appellant, Respondent.    THE CITY OF NEW YORK, Respondent, Appellant.— Preference granted for October 14, 1924.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMAS H. COULTER and Another, Appellants, v. INDEX SHALE OIL COMPANY, Respondent.— Motion to dismiss appeal denied, with ten dollars costs; appeal set down for argument on October 31, 1924; appeal from order of August 11, 1924, to be argued or submitted at the same time.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MILE HIGH SHALE OIL COMPANY, Appellant, v. SHALE OIL MACHINERY AND SUPPLY COMPANY, Respondent.— Motion to dismiss appeal denied, with ten dollars costs; appeal set down for argument on October 31, 1924; appeal from order of August 11, 1924, to be argued or submitted at the same time.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GASTON & Co., INC., Respondent, v. FRED STERN, Impleaded, etc., Appellant.— Motion withdrawn and stay vacated.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.